IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01668-WYD

RAUL R. GUTIERREZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on September 16, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that this case is REVERSED AND REMANDED to the Commissioner for further fact finding as directed in this Order pursuant to sentence four in 42 U.S.C. § 405(g).

DATED at Denver, Colorado this 16th day of September, 2013.

                                        FOR THE COURT:

                                      JEFFREY P. COLWELL, CLERK

                                      By: s/ Edward P. Butler
                                      Edward P. Butler,
                                      Deputy Clerk