IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01668-WYD

RAUL R. GUTIERREZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on the Stipulation for Equal Access to Justice Act Attorney Fees filed on December 17, 2013, which I will construe as a stipulated motion for fees.  Also before the Court is Plaintiff's previously filed Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, filed December 13, 2013.

The stipulated motion for fees advises the Court that the parties have agreed to and stipulated to an award of attorney fees to Plaintiff under the Equal Access to Justice Act in the amount of $4,300.00.  Having reviewed the motions and being fully advised in the premises, it is

ORDERED that the stipulated motion for fees under the Equal Access to Justice Act (ECF No. 24) is **GRANTED**.  Attorney fees in the amount of **$4,300.00** are awarded to and shall be made payable to Plaintiff and sent to him, care of his attorney, as follows:

Raul R. Gutierrez
c/o Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003

It is

FURTHER ORDERED that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 (ECF No. 23) is **DENIED AS MOOT**.

Dated December 30, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge